UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CUONG HUY DAO,

Plaintiff,

v.

A. GUERRERO, et al.,

Defendants.

No. 1:26-cv-01403-SAB (PC)

ORDER REGARDING PLAINTIFF'S REQUEST FOR STATUS OF CASE

(ECF No. 11)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 6, 2026, Plaintiff filed a request for the status of the case. (ECF No. 11.)

As Plaintiff was advised in the First Informational Order, "[t]his Court screens pro se plaintiff's complaints as expeditiously as possible. However, the Court has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable. As long as a party keeps the Court informed of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is taken in the case." (ECF No. 3, Order at III (C).) The Court is aware of Plaintiff's action and will screen the complaint in due course. Plaintiff is advised that the Court will not file or respond in writing to any future requests for status of the case.

IT IS SO ORDERED.

Dated:   **July 8, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

1