**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CUONG HUY DAO,<br>Plaintiff,<br>v.<br>A. GUERRERO, et al.,<br>Defendants. | Case No. 1:26-cv-01403 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 16) |

Cuong Huy Dao seeks to hold the defendants liable for violations of his civil rights while incarcerated at Corcoran State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found he states a cognizable claim for excessive force against defendants A. Guerrero, J. Fernandez, and J. Poole. (Doc. 13 at 4-5.) However, the magistrate judge found Plaintiff's allegations related to a disciplinary proceeding, food contamination, strip search process, retaliation, and inmate grievances did not state a cognizable claim. (*Id.* at 5-11.)

In response to the Screening Order, Plaintiff indicated that he was willing to proceed only on the claim for excessive force. (Doc. 14 at 1-2.) Therefore, the magistrate judge recommended the action proceed on the cognizable claim and that "[a]ll other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief." (Doc. 16 at 2.) The Court served the Findings and Recommendations upon Plaintiff and notified him that any objections were due within 14 days. (*Id.*) The Court also advised Plaintiff that the "failure to file

any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on August 4, 2026 (Doc. 16) are **ADOPTED** in full.
2. The action **SHALL** proceed only with Plaintiff's excessive force claims against defendants A. Guerrero, J. Fernandez, and J. Poole.
3. All other claims and defendants are **DISMISSED** with prejudice, for failure to state a claim.
4. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated: September 1, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE